IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Securities and Exchange Comm'n, | NO. MISC 12-80015 |
| Plaintiff, | **ORDER CLOSING CASE** |
| v. | |
| Burton Douglas Morriss, et al., | |
| Defendants. | |

This miscellaneous action was filed on January 24, 2012. To date, the only filing in this case consists of: (1) Plaintiff's Complaint against Defendants, which was filed in the Eastern District of Missouri; and (2) a January 17, 2012 Order Appointing Receiver from the Eastern District of Missouri. (See Docket Item No. 1.) After the filing of this miscellaneous action, the Court contacted Plaintiff to inquire as to the purpose of the case. Plaintiff informed the Court that the Receiver had filed this action, and that Plaintiff would be in touch with the Receiver regarding further proceedings in this case. However, no additional filings have been made.

Accordingly, in light of Plaintiff's failure to prosecute this miscellaneous action, the Court finds good cause to CLOSE this case. The Clerk shall close this file.

Dated: March 22, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam L. Schwartz schwartza@sec.gov
Robert K. Levenson levensonr@sec.gov
Brian T. James jamesb@sec.gov

**Dated: March 22, 2012**                    **Richard W. Wieking, Clerk**

                                             **By:    /s/ JW Chambers**
                                                   **Susan Imbriani**
                                                   **Courtroom Deputy**

*United States District Court*
For the Northern District of California